NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000602
06-JAN-2016
08:17 AM

NO. CAAP-15-0000602

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

FELICISIMO L. RAMISCAL, Claimant-Appellant v.
NITTO HAWAII COMPANY, LTD., SILVERSWORD GOLF CLUB and
FIRMS CLAIMS SERVICES, Respondents-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-297(M))(7-99-01417)

ORDER DISMISSING THE APPEAL
PURSUANT TO HRAP RULES 11(b)(2) AND (c)(2)
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On August 20, 2015, Claimaint-Appellant
Felicisimo L. Ramiscal (Appellant), pro se, filed a notice of
appeal with the Labor and Industrial Relations Appeals Board,
Case Nos. AB 2014-297(M) and AB 2014-186(M). On August 26, 2015,
the notice of appeal was electronically filed to create this
appeal, CAAP-15-0000602, from LIRAB Case No. AB 2014-297(M);

(2) On November 13, 2015, the appellate clerk notified
Appellant that the time to docket the record on appeal expired on
October 19, 2015, the filing fees had not been paid, the record

on appeal cannot be prepared without the fees or an order authorizing Appellant to proceed on appeal in forma pauperis, the matter would be called to the court's attention on November 23, 2015, for appropriate action, which may include dismissal, and Appellant may file a motion requesting relief from default;

(3) Appellant did not pay the filing fees, give security for costs, or take any further action in this appeal; and

(4) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. Hawai'i Rules of Appellate Procedure Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, January 6, 2016

Chief Judge

Associate Judge

Associate Judge